

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

January 24th, 1939

Hon. Tom F. Coleman
County Attorney
Lufkin, Texas

Dear Mr. Coleman:

                                    Opinion No. O-111
                                    Re: Bonds of Deputy Tax
                                    Assessor-Collector

        Your request for an opinion on the
following question;

        "Whether or not the Commission-
    ers' Court can pay the premiums on
    bonds for the deputies and tax asses-
    sor-collectors' office"

has been received.

        Articles 7247, 7249 and 7252, Revis-
ed Civil Statutes of Texas, do not provide for
the payment of premiums on official bonds for
either the assessor-collector or his deputies,
except that in counties with the total taxable
valuation of thirty million dollars or more,
the county shall pay a reasonable amount as pre-
mium on said bond or bonds which amount shall
be paid out of the general revenue of the coun-
ty.

        The case, Cameron County v. Fox 2 S.
W. (2d) 433, holds that the premiums on bonds
of tax assessor-collectors may not be paid by
the county unless the total taxation value of
such county is thirty million dollars or more.

Hon. Tom F. Coleman, January 24, 1939 -- No. 2

         In view of the foregoing authorities
you are respectfully advised that the Commis-
sioners' Court has no authority to pay premiums
on the bonds for the deputy tax assessor-collect-
or.

         Trusting the foregoing answers your
inquiry, I remain

                         Yours very truly

                    ATTORNEY GENERAL OF TEXAS


                    By *Ardell William*
AW:OMB                              Assistant


APPROVED

ATTORNEY GENERAL OF TEXAS